In the Matter of the Claim of DAVID KASELMAN, Respondent, against FLIEGEL-
48

MAN & KASELMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board improperly refused to take testimony offered by the employer and the insurance carrier. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of EVA EUSEBI, Respondent, against MELPOMENE REALTY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of EVELYN DOYLE, Respondent, against NATURAL ART EMBROIDERY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of DOMENICO LONGO, Respondent, against YONKERS CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.